U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUL 21 P 5:00

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

SHOHREH GHASEMI,                    )
                                   )
        Petitioner,                )
                                   )
    v.                             )          Case No. 2:26-cv-250
                                   )
DONALD J. TRUMP et al.,            )
                                   )
        Respondents.               )

**TEMPORARY RESTRAINING ORDER**
**(Doc. 2)**

Petitioner Shohreh Ghasemi, a resident of Atlanta, Georgia and a citizen of Iran, was transferred from the custody of the U.S. Marshals Service to that of U.S. Immigration and Customs Enforcement on July 21, 2026. She is currently detained at Chittenden Regional Correctional Facility in Vermont. (Doc. 1 ¶ 17.)

On July 21, 2026, Petitioner filed a habeas petition challenging her detention without the opportunity for bond as a violation of due process and 8 U.S.C. § 1226(a). (Doc. 1.) She concurrently filed an Emergency Motion for a Temporary Restraining Order. (Doc. 2.) She seeks a TRO prohibiting her transfer out of Vermont or her removal from the United States to preserve the jurisdiction of this court.

Pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court ORDERS that Respondents not remove Petitioner Ghasemi from the District of Vermont or from the United States. This order will remain in effect for 14 days.

The court issues this TRO on an ex parte basis because the emergency motion discloses sufficient facts establishing irreparable injury if Petitioner is moved to another jurisdiction or from the United States. Specifically, if Petitioner is transferred outside this District, it may

prohibit or impair her attendance at the court's habeas hearings and her effective consultation with counsel in preparation for and during those hearings. *See* Fed. R. Civ. P. 65(b); *Ozturk v. Trump*, 2025 WL 1145250, at *3–4 (D. Vt. Apr. 18, 2025) (order prohibiting transfer issued). Respondents will suffer neither irreparable harm nor undue prejudice if Petitioner is not removed from the District pending the outcome of these proceedings.

The Court will serve this order on the Government on July 21, 2016, through the established practice in the District. The court will hold a hearing on the Motion for a Preliminary Injunction on July 22, 2026 at 1:30 p.m. The Petitioner shall attend the hearing in person.

Dated at Burlington, in the District of Vermont, this 21st day of July, 2026.

Geoffrey W. Crawford, Judge
United States District Court

2