U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUL 22 P 3: 28

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

SHOHREH GHASEMI,                    )
                                    )
    Petitioner,                     )
                                    )
    v.                              )          Case No. 2:26-cv-250
                                    )
DONALD J. TRUMP et al.,             )
                                    )
    Respondents.                    )

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER
### (Doc. 2)

Following a hearing on July 22, 2026, the court orders as follows:

1. Respondents shall not remove Dr. Ghasemi from the District of Vermont while this case is pending. The reasons for keeping her within Vermont include facilitating communications with her counsel and the court; ensuring her appearance at court hearings; and preserving the court's habeas jurisdiction. The court does **not** order her release on bond at this time.

2. Respondents shall file a motion to dismiss not later than July 24, 2026. Petitioner shall file a response within seven days. The court will set the next hearing in this case during the week of July 27, 2026.

3. The temporary restraining order is extended for 28 days until August 19, 2026.

Dated at Burlington, in the District of Vermont, this 22nd day of July, 2026.

_____
Geoffrey W. Crawford, Judge
United States District Court