U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUL 31  P 1:39

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

SHOHREH GHASEMI,                     )
                                     )
        Petitioner,                  )
                                     )
    v.                               )        Case No. 2:26-cv-250
                                     )
DONALD J. TRUMP et al.,              )
                                     )
        Respondents.                 )

**ENTRY ORDER**

In her response to the motion to dismiss, Petitioner states that she advised Customs and

Border Patrol of her fear of returning to Iran.  Her statement of fear entitled her to a reasonable

fear interview, as required by 8 C.F.R. § 1241.8(e).  That provision states that, "[i]f an alien

whose prior order of removal has been reinstated under this section expresses a fear of returning

to the country designated in that order, the alien shall be immediately referred to an asylum

officer for an interview to determine whether the alien has a reasonable fear of persecution or

torture pursuant to § 1208.31 of this chapter."

Because the issue of Petitioner's reasonable fear interview is potentially dispositive and

may render some portions of the petition moot, the court requests a statement from Respondents

regarding (1) what country has been designated as the country of removal; and (2) when

Petitioner's reasonable fear interview will be conducted.  The court would welcome a response

not later than August 5, 2026.

Dated at Burlington, in the District of Vermont, this 31st day of July, 2026.

Geoffrey W. Crawford, Judge
United States District Court